```
        IN THE UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  BLUEFIELD DIVISION
```

**UNITED STATES OF AMERICA**

v.                          Criminal Case No.:  1:13-00161

**JASON DUNLAP**

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's "Motion Under Nunc Pro Tunc". ECF No. 34. According to that motion, defendant requests "an order of disposition" in this case. Accordingly, the court construes defendant's motion as a request for the judgment order entered in his case and that motion is **GRANTED**. The Clerk is directed to send defendant a copy of the Judgment in a Criminal Case entered in this court on January 17, 2014 (ECF No. 31) to defendant.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record and to defendant.

It is SO ORDERED this 11th day of August, 2020.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge